ESi

PLAINTIFF'S EXHIBIT

C

# Investigative Report

## The School Board of Volusia County
## Deltona High School
## Property Damage Assessment

ESi Project No.: 86555
Axis Claim No.: ATL 193028
AWAC Claim No.: 2021022623
Sedgwick File No.: ORL21043490

ESi

2870 Scherer Dr, Suite 200
St. Petersburg, FL 33716

# Investigative Report

## The School Board of Volusia County
## Deltona High School
## Property Damage Assessment

ESi Project No.: 86555
Axis Claim No.: ATL 193028
AWAC Claim No.: 2021022623
Sedgwick File No.: ORL21043490

**Report Prepared For**

Tracy Mednick
Sedgwick CMS
12650 Ingenuity Drive, 2nd FL
Orlando, Florida 32826

This Item has been electronically signed and sealed by Andrew W. Johnson, P.E., S.E. on April 28, 2023, using Digital Signature.

Printed copies of this document are not considered signed and sealed, and the signature must be verified on any electronic copies.

**Submitted by:**

Digitally signed by Andrew W. Johnson, P.E. 69933 State of Florida
Date: 2023.04.28 16:27:28 -04'00'

Andrew W. Johnson, P.E., S.E.
Principal & Senior Director,
Civil & Structural Engineering
Florida P.E. License No. 69933
Expires: 2/28/2025

04/28/2023
Date

This report and its contents are the Work Product of Engineering Systems Inc. (ESI). This report should only be duplicated or distributed in its entirety. This report may contain confidential or court protected information; please contact an authorized entity prior to distributing. Conclusions reached and opinions offered in this report are based upon the data and information available to ESI at the time of this report, and may be subject to revision after the date of publication, as additional information or data becomes available.

Copyright ESi © 2023 - All Rights Reserved

# Introduction

Sedgwick, an independent insurance adjusting firm retained on behalf of the property insurer(s), requested that Engineering Systems Inc. (ESi) perform an investigation of claimed cracks sustained to buildings at the Deltona High School campus. The Property is located at 100 Wolf Pack Run, Deltona, Florida 32725. The campus contains twenty-nine (29) numbered classrooms, administrative, and multi-purpose buildings. The high school campus also includes athletic facilities including the following: football bleachers, an announcer's booth, concession building, and restrooms. Additionally, there are twelve (12) portable classroom structures at the property. The scope of this report is limited to Buildings 2, 10 and 12. The claimed date of loss, as reported by the insured, was September 10, 2021.

Pursuant to your request, Mr. Andrew W. Johnson, P.E., S.E. of ESi conducted an initial inspection on November 13, 2021. A second inspection was conducted on December 27, 2021, by Mr. Andrew W. Johnson and Ms. Ashley Solek, E.I. of ESi. A third inspection of the property was conducted by Mr. Johnson, Ms. Solek, Mr. Derrek Verlaan, CSP, HCI, and Mr. Trainor Linne of ESi. The inspection included the interior and exterior of twenty-nine (29) classrooms, administrative and multi-purpose buildings, the exterior of the football stadium, announcer's booth, and the concession building and restrooms. At the time of the inspection, building twenty-five (25), the FFA farm, was not accessible and was not inspected. The third inspection was conducted June 23, 2022 through July 1, 2022. Mr. Tracy Mednick, Executive General Adjuster of Sedgwick, was present for portions of the inspection by ESi. The Building Consultant, MKA Associates, retained by Sedgwick, conducted their inspection concurrently with ESi.

## Purpose

The scope of this report is limited to Buildings 2, 10, and 12 at the Deltona High School campus to determine if structural damage as defined by §627.706(2)(k) Florida Statutes exists at these three (3) school buildings (Building 2, 10, & 12). ESi's investigation was limited to visible inspection of the building exteriors and the interiors of accessible areas in these three buildings for evidence of structural damage. ESi also reviewed a report of previous testing and subsurface investigation that was performed by Universal Engineering Sciences (UES). Evaluation of subsurface conditions at the property was beyond the scope of the investigation by ESi.

# Basis for this Report

This report, and the opinions and conclusions stated throughout, are based on the site investigation, the education, training, and experience of the author and ESi consultants involved on this project, as well as on the analysis and review of materials that have been provided in this matter to date. The opinions and conclusions are stated to a reasonable degree of engineering and scientific probability.

## Material Obtained and Reviewed

- Geotechnical Evaluation prepared by Universal Engineering Sciences dated October 27, 2022;

- New Senior High School "AAA" Southwest Volusia Area Floor Plans prepared by William Faust dated December, 1986;
- ACI 318-95 - *Building Code Requirements for Structural Concrete*, 1995, American Concrete Institute;
- ACI 117-90 – ACI 117-81*Standard Specifications for Tolerances for Concrete Construction and Materials,* 1990, 1981- American Concrete Institute;
- Applicable referenced years and sections of the Florida Building Code and the Florida Existing Building Code.

# Background

Refer to *Appendix A* for a site location map and regional aerial images. The Property consists of a total of twenty-nine (29) classrooms, administrative and multi-purpose buildings, as well as athletic facilities including football stands, announcer's booth, concession, and restrooms. The athletic facility structures are identified in the figure below as Stands, Booth, and RR. Reference **Figure 1** for an aerial view of the property with respective labels.




**Figure 1 –** (Google Earth) High School Building Layout.

The main buildings at the subject Property were constructed in 1988 utilizing conventional concrete masonry unit (CMU) walls. The exteriors of the buildings were clad with a combination of a brick veneer and cementitious stucco. The roofing systems at the subject property had a low slope built up roof configuration, ESi did not inspect the roofs of the buildings as part of this investigation.

# Investigation

ESi visually inspected the buildings exteriors and accessible interior areas as part of our investigation. ESi did not perform any destructive or other material testing during or after the inspection. The conclusions in this report are representative of ESi's visual observations, technical interpretation of the results of the Universal Engineering Sciences report received subsequent to the ESi investigation, discussions held during the site investigation, and professional experience. Refer to *Appendix B* for referenced photographs.

The focus of this report was to evaluate if observed damage on the exterior and interior of three (3) of the buildings at the Deltona High School campus (Buildings 2, 10 and 12) inspected by ESi meets the statutory definition for structural damage as defined by §627.706(2)(k) Florida Statutes:

> *1. Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code;*
>
> *2. Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceeds one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;*
>
> *3. Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;*
>
> *4. Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or*
>
> *5. Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.*

The 2007 Florida Building Code – Existing Building defines "*Substantial Structural Damage*" as a condition where:

> *1. In any story, the elements of the lateral-force-resisting system, in any direction and taken as a whole, have suffered damage such that the lateral load-carrying capacity has been reduced by more than 20 percent from its pre-damaged condition, or*
>
> *2. The capacity of any vertical load-carrying component, or any group of such components, that supports more than 30 percent of the total area of the structure's floor(s) and roof(s) has been reduced more than 20 percent from its pre-damaged condition and the remaining capacity of such affected elements, with respect to all dead and live loads, is less than 75 percent of that required by the Florida Building Code, Building for new buildings of similar structure, purpose and location.*

The 2020 Florida Building Code Existing Building Chapter 2 defines *SUBSTANTIAL STRUCTURAL DAMAGE* as : A condition where one or both of the following apply:

1. *The vertical elements of the lateral force-resisting system have suffered damage such that the lateral load carrying capacity of any story in any horizontal direction has been reduced by more than 33 percent from its pre-damage condition.*
2. *The capacity of any vertical component carrying gravity load, or any group of such components, that supports more than 30 percent of the total area of the structure's floor(s) and roof(s) has been reduced more than 20 percent from its pre-damage condition and the remaining capacity of such affected elements, with respect to all dead and live loads, is less than 75 percent of that required by the Florida Building Code, Building for new buildings of similar structure, purpose and location.*

The findings and conclusions were based on whether Structural damage as defined by §627.706(2)(k) F.S. was observed at the property at the time of the inspection. The 2007 Florida Building Code was in effect at the time §627.706(2)(k) F.S. was enacted. The statute, however, only references "required by the Florida Building Code." As noted above, the 2020 Florida Building Code revised Criteria option 1 of the definition of Substantial Structural Damage. The 2020 code requires a 33% reduction in load carrying capacity compared to 20% in the 2007 Florida Building Code. Criteria 2 remains unchanged. ESi considered both the 2007 and 2020 definitions of substantial structural damage in the analysis.

The conclusions in this report are representative of ESI's visual observations, technical interpretation of the results of data provided to ESi for review, discussions held during the site investigation, and professional experience.

# Observations

The following is a summary of ESi's observations for Buildings 2, 10, and 12 during the site inspection. Representative photographs from the inspection of each building may be found in *Appendix B as noted.*

1. **Building 2**

   a. This single-story building consists of classrooms, lab space, or resource rooms, with various storage, mechanical rooms, and restrooms in the interior. The building consisted of CMU bearing walls with a brick veneer on the exterior. The interior demising walls consisted of painted CMU. Typical exterior and interior observations for Building 2 are depicted in *Appendix B*.

   b. The exterior inspection of the building identified several areas throughout the exterior of the building of previous repairs to the mortar for the brick veneer. The previous repairs varied from repairs of large patches to repairs of individual cracks.

   c. Cracks originating from door, window, and entryway lintels were observed throughout the exterior of the building. Some of these cracks were previously repaired. The majority of these cracks were stair step cracks.

   d. Cracks originating from an expansion joint in the brick veneer were observed on the south elevation. This crack was predominantly horizontal.

   e. Horizontal cracks originating from door and window frames were observed throughout the exterior of the building.

   f. A horizontal crack was identified at the northwest corner of the building.

   g. A stair step crack with previous mortar repairs originating from a joint in the brick veneer and a vertical metal duct installed on the south elevation was identified.

   h. Sandy soil was observed adjacent to foundation on the exterior of the building. There was a washout of soil and a void beneath a concrete pad on the south elevation of the building.

   i. There was a broken sprinkler head with sandy soil percolated on top of the mulch adjacent to the foundation on the north elevation by the door to 2-004. Prior repointing and repair of mortar was observed.

   j. In room 2-002, there was a hairline stair step crack identified on the north wall, and a hairline vertical crack originating from a window lintel on the north wall.

   k. In room 2-005, a stair step crack originating from the southeast corner was identified. There was a previous repair at the vertical joint between the south and east wall. A stair step crack originating from the northeast corner was identified as well.

l. A previous repair to a vertical wall joint and a hairline horizontal crack under a window were identified in room 2-006.

m. In room 2-008, stair step cracks originating from the corner were identified in the southeast and southwest corner, a stair step crack was identified on the west wall and above a window on the south wall.

n. In room 2-009, vertical cracks were observed in the door frame at the door on the south elevation.

o. In room 2-011, a stair step crack originating from the door lintel on the north elevation was identified. Stair step cracks were identified on the north wall, one originating from the northwest corner, and one above a window.

p. In room 2-015, a vertical repair in the northwest corner was identified.

q. In room 2-015A, a hairline horizontal crack and chipped paint was identified above the door.

r. In room 2015Bb, a stair step crack was identified on the north wall.

s. A stair step crack was identified in the corridor near the door to room 2-017E, and a vertical crack was identified in the corridor near the door to room 2-005.

**2. Building 10**

a. This single-story building consists of classrooms, teacher planning spaces, and various storage or mechanical spaces. The building had CMU bearing walls with a brick veneer on the exterior. The interior walls consisted of painted CMU. Typical exterior and interior observations for Building 10 are depicted in Appendix B.

b. The exterior inspection of the building identified several areas throughout the exterior of the building of previous repairs to the mortar for the brick veneer. The previous repairs consisted of repairs to individual cracks. On the west elevation, there was a horizontal mortar repair in the middle of the wall section that spread across the entire elevation.

c. Cracks originating from door, window, and entryway lintels were observed throughout the exterior of the building. Some of these cracks were previously repaired. The majority of these cracks were stair step cracks.

d. Cracks originating from expansion joints in the brick veneer were observed on the south elevation. These cracks were predominantly horizontal. At the southwest corner sealant at the expansion joint was deteriorated. Two bricks were displaced near an expansion joint.

e. Horizontal cracks originating from door and window frames were observed throughout the exterior of the building.

f. The tile installed over the brick veneer near the bathrooms on the east elevation had multiple horizontal and vertical cracks.

g. On the east elevation, there was a crack originating from the anchor points in the brick veneer for an awning beam.

h. Vertical and cracks were identified at corners throughout the exterior of the building.

i. A window frame on the south elevation of the building was cracked in the corner.

j. Sandy soil was observed adjacent to foundation on the exterior of the building. There was washout of soil on the north elevation and on each side of the mechanical room addition on the north elevation.

k. There was a longitudinal area of displaced and depressed soil parallel to the foundation on the north elevation at a distance coincident with the eave mounted gutter.

l. In room 10-001, there were multiple stair step cracks on the west wall and a vertical crack at the wall joint in the northwest corner of the room.

m. In room 10-002, there was a separation between the window frames and the CMU wall at the top of the windows.

n. In room 10-003, there were multiple stair step cracks and a crack in the corner of the room.

o. In room 10-004, there was a crack in a corner of the room that reflected through to the other side of the wall. There was a separation between the CMU wall and window frame identified at three locations.

p. In room 10-005 there was a crack originating from a window.

q. In room 10-006 there was a vertical crack in a corner of the room.

r. In room 10-008 there were cracks in the north corners of the room that had been previously repaired.

s. There were multiple stair step cracks in the corridor near room 10-001, 10-005, and 10-006. The majority of these cracks were hairline cracks or had been previously painted over.

**3. Building 12**

a. This single-story building consists of lab spaces, classrooms, and various storage or mechanical rooms. The building had CMU bearing walls with a brick veneer on the exterior. The interior walls consisted of painted CMU. Typical interior and exterior observations for Building 12 are depicted in *Appendix B*.

b. The exterior inspection of the building identified several areas throughout the exterior of the building of previous repairs to the mortar for the brick veneer. The previous repairs varied from large areas of repair that included replacement of bricks to repairs of individual mortar cracks.

c. Cracks originating from expansion points in the brick veneer were also commonly observed. These cracks were predominantly horizontal, but occasionally consisted of a stair step crack.

d. The tile installed over the brick veneer near the bathrooms on the east elevation had multiple horizontal and vertical cracks.

e. Cracks originating from door, window, and entryway lintels were observed throughout the exterior of the building. Some of these cracks were previously repaired. The majority of these cracks were stair step cracks.

f. Cracks originating from door frames were observed throughout the exterior of the building.

g. Cracks were identified at the southwest and southeast corner of the building.

h. Horizontal cracks below the windowsill were observed in multiple locations throughout the exterior of the building.

i. Cracks in the mortar of the soldier lain brick at the top of the brick veneer wall section were identified throughout the building. Bricks were displaced at one of these cracks on the north elevation.

j. Sandy soil was observed adjacent to foundation on the exterior of the building. Gutters discharge directly adjacent to the foundation, and displacement and washout of soils was observed.

k. Hairline vertical cracks in the northwest and southwest corners of room 12-001A were identified.

l. In room 12-002, a hairline vertical crack was identified on the north wall, and a stair step crack was identified on the west wall.

m. In room 12-002A, multiple stair step cracks were identified on the west wall, one of these cracks reflects through to the other side of the wall in room 12-002. A stair step crack was also identified on the east and south wall.

n. In room 12-003, a vertical crack in the wall joint in the southeast corner was identified as well as horizontal cracks below the two west most windows. A stair step crack and a crack originating from the door frame were observed on the east wall. A vertical crack at the wall joint was identified in the northeast and northwest corners.

o. Vertical cracks were identified at the window frame in room 12-003A, a stair step crack on the east wall connected with the vertical crack on the east side of the window.

p. In room 12-004, a crack originating from the door lintel on the east wall was identified, this crack reflects through to the other side of the wall in room 12-002A. Multiple hairline cracks were observed below the windows on the north wall. One hairline stair step crack was identified on the west wall.

q. In room 12-005, hairline stair step and horizontal cracks were observed near the windows on the south wall. Two stair step cracks were observed on the east wall. Multiple hairline stair step cracks were observed on the west wall. A previously repaired vertical crack in the northwest corner was identified.

r. In room 12-005A, a vertical crack at the northeast corner wall joint was observed, a stair step crack on the north wall connected to this vertical crack. On the east wall, a stair step crack was observed, this crack reflects through to the other side of the wall in room 12-005. There were multiple stair step cracks on the north wall that reflected through to the other side of the wall in the corridor. A stair step crack was identified on the west wall.

s. In room 12-006, hairline horizontal and stair step cracks were observed below the windows on the north wall. A vertical crack was observed at the wall joint in the northeast, southeast, and southwest corners.

t. In room 12-006A, a previous repair to a vertical crack was identified in the southeast and southwest corner. A stair step crack originating from the door frame was identified on the east wall. A stair step crack was identified on the south and the west walls.

u. In room 12-007, a stair step crack on the south wall originating from the southwest corner was identified, as well as a hairline horizontal crack below the east most window on the south wall. Multiple hairline vertical and stair step cracks were observed on the west wall and the north wall. Some of the cracks on the north wall reflected through to the other side of the wall in the corridor. The northeast corner of the room had a previous repair to the vertical wall joint.

v. In room 12-008, a vertical crack in the wall joint was identified in the southeast corner. Multiple hairline stair step cracks were observed on the east wall. On the north wall, stair step cracks were observed below with windows, and originating from the northwest corner of the room.

w. In room 12-009, a predominantly vertical crack was identified on the north wall. A stair step crack was identified on the east wall.

x. A hairline vertical crack was observed on the north wall of room 12-013.

y. Hairline stair step cracks were identified throughout the corridor on the north and south walls.

# Analysis and Discussion

**Structural Damage Analysis as defined by §627.706(2)(k) Florida Statutes**

> **Criterion 1:** *Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement-related damage to the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code;*

In summary, **Criterion 1** indicates that structural damage has occurred where:

a) *Floor displacement/deflection has exceeded tolerances defined in ACI 117-90 and/or the Florida Building Code (FBC)….*

**AND**

b) *The excess tolerances must have resulted in settlement related damage to the structural members that would allow the floor system to become unfit for service or represent a safety hazard as defined in the FBC.*

The ACI standard and measurements that apply are to be made before removal of shoring and forms, before loading, and within 72 hours of concrete placement. As such, the standard does not account for slab deflection as a result of the weight of the slab and floor system after shoring removal or subsequent loading. The construction date of the subject property structures is 1988 and predates the ACI standard that is referenced in the Florida Statute. It is currently unknown what the construction specifications for the structure were at the time of original construction. Even ACI concedes in their commentary on the ACI-117-90 standard in the Introduction that, "No structure is exactly level, plumb, straight, and true. Fortunately, such perfection is not necessary."

The exterior and interior inspections of the Buildings 2, 10, and 12 did not identify any corresponding damage to indicate that settlement related damage to structural members had occurred that would prevent those members from performing their design intention or that would cause a significant increase in stress within those structural members. As such, **Criterion 1b** has not been met and therefore, by definition, **Criterion 1** has not been met.

Based on the investigation and data available, structural damage as defined by Florida Statute §627.706 **Criterion 1** has not occurred to Buildings 2, 10, and 12.

> **Criterion 2:** *Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement-related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceeds one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location*;

In summary, Criterion 2 indicates that structural damage has occurred where:

> *a) foundation displacement/deflection has exceeded tolerances defined in ACI 318-95 and/or the FBC….*

**AND**

> *b) the excess tolerances must have resulted in settlement related damage to the structural members that would exceed the current FBC allowed nominal strength (specified as one and one-third the nominal strength of the building material).*

The exterior observations did not identify any significant cracking, gaps in the wall system, or apparent shifting and misalignment of window and door openings to indicate that foundation displacement/deflection had occurred exceeding the tolerances defined in ACI 318-95 Table 9.5(b) – Maximum Permissible Computed Deflections and FBC (Residential Construction) Table R301.7 Allowable Deflection of Structural Members. The observed conditions on the interior and exterior of the structure were consistent with the age and construction methodology.

Based on the on-site investigation and observations, structural damage as defined by Florida Statute §627.706 **Criterion 2** has not occurred to the Deltona High School Buildings 2, 10, and 12.

> ***Criterion 3:*** *"Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code.*

Based on visual observations by ESi, no damage resulting in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members was observed. Further, no significant damage was observed that has resulted in listing, leaning, or buckling of the exterior walls or other primary structural members that appears sufficient to cause a plumb line passing through the center of gravity of the members to fall outside the middle one-third of the base.

Based on the visual observations by ESI, structural damage as defined by Florida Statute §627.706 **Criterion 3** has not occurred to Buildings 2, 10, and 12 at Deltona High School.

> **Criterion 4:** *Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code*.

In summary, **Criterion 4** indicates that structural damage has occurred where:

a) *damage has resulted in the building, or any portion of the building containing primary structural members/systems being significantly likely to imminently collapse….*

**AS A RESULT OF**

*b) …movement or instability of the ground that supports the building.*

Based on the visual inspection of the exterior load bearing walls of Deltona High School Buildings 2, 10, and 12 by ESI, no significant damage was observed that has resulted in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse, as such, **Criterion 4a has not been met.** Geotechnical investigation and analysis were beyond the scope of the ESi investigation.

> **Criterion 5:** *Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.*

It has not been reported to ESi when the date of loss for reported damages occurred on the property. The structures inspected by ESi on the property were built in 1988 and were 34 years old at the time of the inspection by ESI. The observed condition of the structures inspected by ESi on the property, including interior and exterior cracks of the masonry structures predominantly in the mortar joints and near door and window openings, were consistent with the age of the structure and the construction. In many areas, evidence of prior repairs to cracks were observed. Some prior repair areas had minor cracking within the repair and other prior repair areas, however, new cracking was not observed. ESi conducted analysis of the cracked areas on load bearing walls to evaluate if substantial structural damage had occurred as defined by the Florida Building Code (FBC). A summary table of that analysis is shown in **Table 1.**

**Table 1.** Summary of analysis of reduction in load carrying capacity as defined in the FBC. *Range accounts for estimation of crack widths due to prior repairs or relative scaling from photographs.

| Building | % Damage (north-south) | % Damage (east-west) | Substantial Structural Damage |
|---|---|---|---|
| 2 | 0% | 5.4% | No |
| 10 | 13.6% | 13.4% - 19.2%* | No |
| 12 | 11.6% | 17.6% | No |

As shown in **Table 1**, the upper range of Building 10 is 19.2% in the load carrying walls in the east-west direction, which is still below the 20% requirement in the 2007 FBC, and below the 33% requirement in the 2020 FBC definition of substantial structural damage.

Based on the investigation by ESi to date, substantial structural damage, as defined by the Florida Building Code as referenced in Florida Statute §627.706 **Criterion 5,** has not occurred to Deltona High School Buildings 2, 10, and 12 inspected by ESi. Therefore, structural damage as defined by Florida Statute §627.706 has not occurred to Buildings 2, 10, and 12. No damage observed by ESi during our inspections qualify as substantial structural damage as defined in Chapter 2 of the 2007 Florida Building Code, Existing Building, or the 2020 Florida Building Code, Existing Building.

**Causation Analysis**

It is ESi's opinion that the damage to Building 2, Building 10, and Building 12 is due to age related deterioration of building materials, shrinkage of cementitious materials, the expansion and contraction of building materials, and differential settlements over time. The majority of the cracks in the CMU wall and brick veneer were stair stepped. The cracks were located at or adjacent to wall openings, doors, or through wall equipment penetrations and at intersections of exterior and interior walls. In several areas, there were cracks observed in storage and teacher planning areas located between classrooms that did not reflect through to the classroom side of the wall. It appears that classrooms were repainted/refinished at a different time than the storage and planning areas. The cracks observed inside storage and planning areas that do not reflect through to the classroom walls since they were repaired and repainted suggests limited differential movement has occurred in these areas since the classrooms were last painted.

Additionally, evidence of soil erosion along the sides of the building foundations was observed during the site inspection and is an indication that rainwater is percolating into the soils directly adjacent to the shallow building foundations. The eave mounted gutters and leaders appeared to be newer material compared to the existing wall mounted downspouts. Downspouts in the majority of the locations discharge directly adjacent to the foundation. There was also a longitudinal area of depressed displaced soils parallel to the foundation and at a distance coincident with edge of the eave mounted gutters. This pattern is similar to soil displacement patterns observed on structures without gutters installed. The observed condition suggests gutters are either periodically clogged or the roof run off during heavy rain events overwhelms the gutter system capacity resulting in water over running the edge of the gutter. The continued percolation of rainwater will continue to affect the soil near and around the building and can cause the building structure to settle differentially. Further, inherent to cementitious materials (stucco, mortar, concrete masonry units, and concrete) is their tendency to shrink as they cure from a flowable or plastic state to a hardened component.

The multiple stair-step cracks observed at Buildings 2, 10, and 12 are likely the result from erosion of loose superficial soils found in the hand auger borings conducted by UES. Furthermore, the inability of the gutters and downspouts to discharge rain runoff away from the sides of the buildings has likely exacerbated settlement in these loose sandy soils. Settlement from hydro compaction of foundation soil occurs slowly as a continuing decrease in soil strength occurs as surface water moves through the very loose sandy soil causing a redistribution of soil particles resulting in a decrease in soil strength as soil particles move lower in the soil profile.

The reduced soil strength causes a corresponding increase in footing stress resulting in plastic deformation of the footing as strain is increased and the footing must span larger areas of soil to support the building loads. To protect the buildings from this condition, gutters and downspouts should be extended to transfer runoff away from the perimeter of the buildings. The runoff should be distributed to the underground surface runoff system for the property.

As evidenced by the application of several iterations of sealant to a portion of the cracks within the buildings, it appears that a portion of the exterior and interior cracks have opened and closed due to thermal-related expansion and contraction, caused by cyclical, daily, and seasonal, heating and cooling of the brick and CMU walls.

There was no apparent weep mechanism observed in the brick veneer finish. There were multiple voids observed in existing and previously repaired sealants used in the expansion joints in the brick veneer. There were also voids observed from prior repairs and previously installed components in the brick veneer. Moisture entering and becoming trapped between the brick veneer and the concrete block wall can result in localized expansion of cementitious materials when saturated followed by contraction during dry periods, further contributing to cracking.

# Conclusions

The following conclusions are based on the analysis to date, as well as on prior education, training, engineering analysis, and experience. These opinions and conclusions, as well as those stated throughout the report, are stated to a reasonable degree of engineering and scientific probability.

1. Structural Damage, as defined by **§627.706(2)(k)** Florida Statutes, has not been identified at the Deltona High School Building 2, Building 10, andBuilding 12.

2. The observed damage to Building 2, Building 10, and Building 12 is due to age-related deterioration of building materials, shrinkage of cementitious materials, the expansion and contraction of building materials, and differential settlement over time.

3. The observed current conditions, management of roof and walkway cover run off, and management of surface water flows around the buildings, is allowing for localized soil erosion and percolation of rainwater in the soils at or near the building foundation contributing to differential settlement of the structure.

ESi reserves the right to supplement or amend these findings and conclusions if additional information becomes available or based upon additional work or analysis in this matter.

**<<< End of Report Text >>>**

## Appendices:

Appendix A: Site Location Maps & Aerial Photographs
Appendix B: Representative ESi Inspection Photographs

**Location Maps and Aerial Photographs**




**Approximate Location of Property**




**Subject Property**

# APPENDIX B

**Appendix B1 - Building 2 Referenced Photographs**



Photograph 1 - View of a previously repaired stair step crack originating at a lintel on the east elevation.



Photograph 2 - View of a partially previously repaired stair step crack near a duct on the south elevation.




Photograph 3 - View of a stair step crack originating from a window lintel and previous mortar repair around door.



Photograph 4 - View of a horizontal crack originating from an expansion joint on the south elevation.



Photograph 5 - Close up view of a horizontal crack originating from a window on the north elevation.



Photograph 6 - View of the horizontal crack at the northwest corner of the building.



Photograph 7 - View of soil washout and a void beneath a concrete pad on the south elevation of the building.



Photograph 8 - View of broken sprinkler head, percolated sand, prior mortar repairs, north elevation near 2-004.


Photograph 9 - Displaced and depressed soils below walkway roof runoff on north elevation.


Photograph 10 - Close up view of the stair step crack originating from the northeast corner in room 2-005.


Photograph 11 - Close up view of a hairline horizontal crack below a window in room 2-006.


Photograph 12 - View of a stair step crack originating from the southwest corner in room 2-008.



Photograph 13 - Close up view of cracking in CMU around interior door frame in room 2-009.



Photograph 14 - View of stair step crack in room 2-011.



Photograph 15 - Close up view of hairline stair step crack in room 2-015B.

.

**Appendix B2 - Building 10 Referenced Photographs**



Photograph 1 - View of a previous mortar repair to a crack near an expansion joint and door lintel on the south elevation.



Photograph 2 - View of the horizontal mortar repair on a section of the west elevation of the building.




Photograph 3 - View of a stair step crack with some previous repairs originating from an entryway lintel on the west elevation.



Photograph 4 - View of a horizontal crack between two window lintels on the north elevation of the building.



Photograph 5 - View of the deteriorated expansion joint sealant at the southwest corner of the building.



Photograph 6 - Vertical mortar crack right of an expansion joint near the southwest corner of the building.



Photograph 7 - View of two displaced bricks and horizontal cracks near an expansion joint on the south elevation of the building.



Photograph 8 - View of a cracked brick and horizontal crack originating from a door frame on the south elevation of the building.



Photograph 9 - Close up view of a horizontal crack originating from a door frame on the south elevation of the building.



Photograph 10 - Vertical crack in the tile near the restrooms on the east exterior elevation of the building.



Photograph 11 - View of the cracks originating from the anchor points for an awning beam on the east elevation.



Photograph 12 - View of a hairline vertical crack near an entryway corner on the east elevation of the building.



Photograph 13 - View of a horizontal crack near an entryway corner on the west elevation of the building.



Photograph 14 - Close up view of the crack in the corner of the window frame on the south elevation of the building.



Photograph 15-Soil washout, displaced soils below eave gutter edge on north elevation.



Photograph 16- Deteriorated expansion joint sealant above incomplete prior sealant repair.



Photograph 17 - View of the vertical crack in the northwest corner of room 10-001.



Photograph 18 - View of a stair step crack on the west wall of room 10-001.



Photograph 19 - View of separation of between the CMU wall and window frame at the top of the windows in room 10-002.



Photograph 20 - View of a stair step crack in room 10-003.



Photograph 21 - View of the crack originating from a window in room 10-005.



Photograph 22 - View of a stair step crack that was previously repaired in room 10-008.

**Appendix B3 - Building 12 Referenced Photographs**



Photograph 1 - View of a large area of previous brick and mortar repair on the north elevation of the building.



Photograph 2 - View of a previous mortar repair to a stair step crack on the west elevation of the building.



Photograph 3 - View of a stair step crack origination from an expansion joint on the south elevation of the building.



Photograph 4 - View of horizontal and vertical cracks in the tile near the bathrooms on the east elevation of the building.



Photograph 5 - View of stair step cracks originating from two window lintels on the south elevation of the building.



Photograph 6 - View of cracks originating from a door lintel and door frame on the north elevation of the building.




Photograph 7 - View of cracks at the southwest corner of the building.



Photograph 8 - View of a horizontal crack below a windowsill on the south elevation of the building.



Photograph 9 - View of cracks and displaced brick in the soldier lain brick on the north elevation of the building.



Photograph 10-Voids in prior repairs of expansion joint sealant in brick veneer.



Photograph 11- Newer gutters and leaders with downspout discharge next to foundation and soil displacement.



Photograph 12-Newer gutters and leaders with downspout discharge next to foundation and soil displacement.


Photograph 13-Downspout discharge next to foundation and soil displacement pattern below eave gutter edge.


Photograph 14 - View of the crack originating from the door lintel in room 12-004 that reflects to the other side of the wall.


Photograph 15 - View of a hairline stair step crack on the west wall of room 12-002.


Photograph 16 - View of the stair step crack in room 12-002A that reflects to the other side of the wall in room 12-002.



Photograph 17 - Close up view of a horizontal crack below the windows in room 12-003.



Photograph 18 - View of a vertical crack at a wall joint in the corner of room 12-003A.



Photograph 19 - View of a previous repair to a vertical crack at a corner wall joint in room 12-005.



Photograph 20 - View of a stair step crack on the west wall of room 12-005A.



Photograph 21 - View of a previous repair to a corner crack and a stair step crack on the south wall of room 12-006A.



Photograph 22 - View of the stair step crack originating from the northwest corner of the room.




Photograph 23 - View of hairline stair step cracks in the corridor near room 12-003 (cracks are identified with tape).



Photograph 24 - A close up view of a hairline stair step crack in the corridor near room 12-003.




**Approximate Location of Property**




**Subject Property**